IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ANTHONY AMODEO,<br><br>Defendant. | No. 4:19-cr-00120-RGE-HCA-1<br><br><br>**FINAL ORDER<br>OF FORFEITURE** |

Upon review of the United States of America's Motion for Final Order of Forfeiture, ECF No. 228, the Court finds:

1. On January 8, 2020, a Preliminary Order of Forfeiture was entered preliminarily forfeiting certain property from the Defendant Frank Anthony Amodeo to the United States. ECF No. 113.

2. The United States caused to be published on the official government internet site notice of forfeiture of the property included in the Preliminary Order of Forfeiture. ECF No. 195. No claims were filed and the time to file any claims has run.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following property is forfeited to the United States: approximately $46,681 in U.S. currency seized from a residence in the 4900 block of Pleasant Street, West Des Moines, Iowa, on or about June 28, 2019.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all right, title, and interest to the property described above is condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED**.

Dated this 21st day of January, 2021.

                                                REBECCA GOODGAME EBINGER
                                                UNITED STATES DISTRICT JUDGE